# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMY JOHNSTON, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>　　*Plaintiff(s)*,<br><br>　　vs.<br><br>HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　*Defendant(s).* | Case No.: 2:17-cv-01966-JAM-EFB<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER PURSUANT TO STIPULATION**<br><br>Hon. Edmund F. Brennan<br>U.S. Magistrate Judge<br>Courtroom 8 |


SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 312
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

Having reviewed and considered the terms of the parties' Stipulation to Protective Order, the Court finds good cause to adopt the parties' Stipulation as the Court's Protective Order in this action governing the disclosure and use of confidential information in this matter, according to the terms agreed to by the parties in that Stipulation to Protective Order.

Therefore, good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 20, 2018.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 312
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com