# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| EMY JOHNSTON, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:17-cv-01966-JAM-EFB<br><br>**ORDER RE PARTIES' STIPULATION FOR 120 DAY STAY ON DISCOVERY AND FOR A 120 DAY CONTINUANCE OF DUE DATES**<br><br>**[Local Rule 143]** |

Having considered the Parties' Stipulation for an order to stay all discovery proceedings for 120 days to permit the Parties time to mediate this case and for an order to continue due dates for at least 120 days, and good cause appearing therein, the Court grants a stay on all discovery proceedings for 120 days and issues the following revised due dates in this case:

- Discovery completed by October 25, 2019;
- Dispositive motions are to be filed by November 19, 2019;
- Hearing on all dispositive motions by January 14, 2020 at 1:30 p.m.;
- Joint pretrial statement to be filed no later than February 28, 2020;
- Final pre-trial conference on March 6, 2020 at 10:00 a.m.; and
- Trial on April 13, 2020 at 9:00 a.m.

1

[PROPOSED] ORDER RE PARTIES' STIPULATION FOR 120 DAY STAY ON DISCOVERY AND FOR A 120 DAY CONTINUANCE OF DUE DATES

**IT IS SO ORDERED <u>AS MODIFIED BY THE COURT</u>**

Dated: June 5, 2019   <u>/s/ John A. Mendez</u>
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE