1  RICHARD BROMLEY (State Bar No. 156260)
   rbromley@constangy.com
2  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   2029 Century Park East, Suite 1100
3  Los Angeles, California 90067
   Telephone: (310) 909-7775
4  Facsimile: (424) 465-6630

5  ROBERT A. DOLINKO, State Bar No. 76256
   rdolinko@nixonpeabody.com
6  **NIXON PEABODY LLP**
   One Embarcadero Center, 18th Floor
7  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
8  Facsimile: (415) 984-8300

9  Attorneys for Defendant
   HERTZ LOCAL EDITION CORP.
10
   DAVID G. SPIVAK (SBN 179684)
11 david@spivaklaw.com
   CAROLINE TAHMASSIAN (SBN 285680)
12 caroline@spivaklaw.com
   **THE SPIVAK LAW FIRM**
13 16530 Venture Blvd., Ste 203
   Encino, CA 91436
14 Telephone: (818) 582-3086
   Facsimile: (818) 582-2561
15
   Attorneys for Plaintiff EMY JOHNSTON,
16 and all others similar situated
   (additional attorneys for Plaintiff listed on next page)
17

18              **UNITED STATES DISTRICT COURT**

19              **EASTERN DISTRICT OF CALIFORNIA**

20 | EMY JOHNSTON, on behalf of herself, and    Case No. 2:17-cv-01966-JAM-EFB
21 | all others similarly situated, and as an
   | "aggrieved employee" on behalf of other    **STIPULATION TO CONTINUE**
22 | "aggrieved employees" under the Labor Code  **DEADLINE TO FILE A MOTION**
   | Private Attorneys General Act of 2004,      **FOR PRELIMINARY APPROVAL**
23 |                        Plaintiff,           **OF CLASS ACTION**
   |                                             **SETTLEMENT**
24 |         vs.
   | HERTZ LOCAL EDITION CORP., a
25 | Delaware corporation; and DOES 1 through
   | 50, inclusive,
26 |
   |                        Defendant.
27
28

---
                              2

# ADDITIONAL ATTORNEY FOR PLAINTIFF

WALTER HAINES (SBN 71075)
    whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave, Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

STIPULATION TO CONTINUE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

IT IS HEREBY STIPULATED by and between Plaintiff Emy Johnston ("Plaintiff"), by and through her counsel of record, David Spivak and Caroline Tahmassian of The Spivak Law Firm, and Defendant Hertz Local Edition Corp. ("Defendant") by and through its counsel of record, Richard Bromley of Constangy, Brooks, Smith & Prophete, LLP and Robert A. Dolinko of Nixon Peabody LLP, as follows:

1. WHEREAS, on August 27, 2019, the Parties successfully mediated this case and agreed on the material terms of a class action settlement.

2. WHEREAS, on October 3, 2019, the Parties filed a notice of settlement.

3. WHEREAS, on October 4, 2019, the Court vacated all hearing dates previously set in this matter and ordered the Parties to file settlement/dismissal documents no later than December 17, 2019.

4. WHEREAS, Plaintiff's attorney at the Spivak Law Firm who has been primarily focused on the briefing in this case and expected to complete the briefing on the motion for preliminary approval of class action settlement began a maternity leave of absence on about June 1, 2019. She expected to return to work in September 2019. However, due to health complications, she was compelled to extend her maternity leave through November 2019, and only recently returned to work in November 2019.

5. WHEREAS, on or about December 5, 2019, the Parties finalized the settlement documents and are in the process of obtaining signatures from all Parties.

6. WHEREAS, the Parties need at least an additional 60 days to finalize the settlement documents and file a motion for preliminary approval of the class action settlement.

///
///
///
///
///
///

STIPULATION TO CONTINUE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

| | |
|---|---|
| EMY JOHNSTON, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br>Plaintiff,<br><br>vs.<br>HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:17-cv-01966-JAM-EFB<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1    Pursuant to the stipulation of the Parties and good cause appearing therefore, IT
2    IS HEREBY ORDERED THAT deadline to file motion for preliminary approval of
3    class action settlement currently set for December 17, 2019 is hereby continued by 60
4    days to February 17, 2020.

5    **IT IS SO ORDERED.**

6

7    12/13/2019

8    Date

     HON. JOHN A. MENDEZ
9    UNITED STATES DISTRICT COURT
     JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2