# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMY JOHNSTON, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br>Plaintiff,<br><br>vs.<br>HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:17-cv-01966-JAM-EFB<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to the stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT deadline to file motion for preliminary approval of class action settlement currently set for February 17, 2020 is hereby continued by two weeks to March 2, 2020.

**IT IS SO ORDERED.**

Date: 2/14/2020    /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE