DAVID G. SPIVAK (SBN 179684)
　　david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
　　caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Suite 203
Encino, CA 91436
Telephone:　(818) 582-3086
Facsimile:　(818) 582-2561

WALTER HAINES (SBN 71075)
　　whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave, Suite 201
Huntington Beach, CA 92649
Telephone:　(562) 256-1047
Facsimile:　(562) 256-1006

Attorneys for Plaintiff,
EMY JOHNSTON, and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMY JOHNSTON, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　　*Plaintiff(s)*,<br><br>　　vs.<br><br>HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　*Defendant(s)*. | Case No. 2:17-cv-01966-JAM-EFB<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action filed:　08/10/2017<br>Hearing Date:　05/05/2020<br>Hearing Time:　1:30 pm<br>Hearing Court:　6, Hon. John. A. Mendez<br><br>***Submitted Herewith Under Separate Cover***<br><br>1. Memorandum of Points and Authorities;<br>2. Declaration of David Spivak<br>3. Declaration of Walter Haines<br>4. Declaration of Emy Johnston; and<br>5. [Proposed] Order. |

i

*Johnston v. Hertz Local Edition Corp.*　　　　Notice of Motion and Plaintiff's Motion for
　　　　　　　　　　　　　　　　　　　　　　Preliminary Approval of Class Action Settlement

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on 05/05/2020 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the above-entitled court, located at 501 1 St. # 4200, Sacramento, CA 95814, Plaintiff Emy Johnston ("Plaintiff") will and hereby does move this Court for an order: (1) granting class certification of the Settlement Class solely for settlement purposes pursuant to Federal Rules of Civil Procedure § 23; (2) preliminarily approving the Stipulation of Class Settlement and Release Between Plaintiff and Defendant (the "Settlement")[1], (3) appointing David Spivak, Esq. of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (5) appointing Plaintiff as Representative Plaintiff; (6) approving the use of the proposed notice procedures and related forms; (7) directing that notice be mailed to the proposed Settlement Class; and (8) scheduling a hearing date for motion for final approval of class action settlement and awards of attorneys' fees and costs.

The "Settlement Class" consists of all the Settlement Class Members who were employed by the Defendant in California during the Settlement Class Period. The Settlement defines "Settlement Class Members" as approximately 15 branch managers employed by the Defendant in California, including Plaintiff, who were allegedly paid less than than the minimum salary amount required to be exempt (the "Salary Subclass") <u>and</u> approximately 129 branch managers employed by the Defendant in California, including plaintiff, who allegedly supervised or managed less than two full-time employees, or the equivalent part-time employees ("Under Supervised Subclass").

This Motion is made on the following grounds: (1) the Settlement Class meets all the requirements for class certification for settlement purposes only under Federal Rules of Civil Procedure § 23; (2) Plaintiff and her counsel are adequate to represent the Settlement Class; (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (4) the proposed notice procedures and related forms adequately apprise Settlement Class

---

[1] The Settlement is attached as Exhibit 1 to the Declaration of David Spivak ("DS"), which is submitted herewith under a separate cover.

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

1

*Johnston v. Hertz Local Edition Corp.*   Notice of Motion and Plaintiff's Motion for Preliminary Approval of Class Action Settlement

Members of their rights under the Settlement and fully comport with due process; and (5) in view of the foregoing, notice should be disseminated to the Settlement Class Members and a hearing date for motion for final approval of class action settlement, and awards of attorneys' fees and costs should be set.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of David Spivak, the Declaration of Walter Haines, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: March 02, 2020        By: /s/ David Spivak
                             DAVID SPIVAK
                             CAROLINE TAHMASSIAN
                             Attorneys for Plaintiff, EMY JOHNSTON

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

2

*Johnston v. Hertz Local Edition Corp.*   Notice of Motion and Plaintiff's Motion for Preliminary Approval of Class Action Settlement