1
2
3
4
5
6
7
8
9

10                    **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  EMY JOHNSTON, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br> Plaintiff, <br><br> vs. <br> HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. 2:17-cv-01966-JAM-EFB <br><br> **ORDER RE STIPULATION TO CONTINUE FINAL APPROVAL HEARING** <br><br> **(AS MODIFIED BY THE COURT)** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER RE STIPULATION TO CONTINUE FINAL APPROVAL HEARING**

Pursuant to the stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Final Approval Hearing currently set for July 14, 2020 is hereby continued to **September 15, 2020 at 1:30 p.m**.

**IT IS SO ORDERED.**

May 27, 2020                                     /s/ John A. Mendez_____
Date                                                   HON. JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT COURT JUDGE